In the United States District Court for
the Northern District of Oklahoma

Muscogee (Creek) Nation,
a federally recognized Indian Tribe,

    Plaintiff,

v.

City of Tulsa, et al.

    Defendants,

Case #23-CV-490-SH

FILED
JUN 03 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Motion to Intervene Pursuant to Rule 24

Comes now, Tony LaMonte Greene, a descendant of a member of Cherokee Nation, pro se, who moves this Honorable Court to intervene in the matter captioned above because he has an interest in the outcome of the proceedings due to the fact that the crimes he was convicted of in Tulsa County District Court Case #CF-2011-4734 occurred within the boundaries of Muscogee (Creek) Nation reservation and that your movant is an Indian within the meaning of federal law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2024 at Helena, OK.

                                        Greene #150084
                                        JCCC unit 6
                                        216 N. Murray Street
                                        Helena, OK 73741
                                        (572) 568-6000

__✓__ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    __✓__ No Env/Cpys    ___ O/J    ___ O/MJ

and the proceedings that took place in the lower courts. You may need to attach additional pages, but the statement should be concise and limited to the relevant facts of the case.

### 13. Reasons for Granting the Petition

The purpose of this section of the petition is to explain to the Court why it should grant certiorari. It is important to read Rule 10 and address what compelling reasons exist for the exercise of the Court's discretionary jurisdiction. Try to show not only why the decision of the lower court may be erroneous, but the national importance of having the Supreme Court decide the question involved. It is important to show whether the decision of the court that decided your case is in conflict with the decisions of another appellate court; the importance of the case not only to you but to others similarly situated; and the ways the decision of the lower court in your case was erroneous. You will need to attach additional pages, but the reasons should be as concise as possible, consistent with the purpose of this section of the petition.

### 14. Conclusion

Enter your name and the date that you submit the petition.

### 15. Proof of Service

You must serve a copy of your petition on counsel for respondent(s) as required by Rule 29. If you serve the petition by first-class mail or by third-party commercial carrier, you may use the enclosed proof of service form. If the United States or any department, office, agency, officer, or employee thereof is a party, you must serve the Solicitor General of the United States, Room 5614, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D. C. 20530–0001. The lower courts that ruled on your case are not parties and need not be served with a copy of the petition. The proof of service may be in the form of a declaration pursuant to 28 U. S. C. § 1746.

## CERTIFICATE OF MAILING

I, Tony Greene, hereby certify that a true and correct copy of the foregoing was mailed to: City of Tulsa Attorney, City Hall, 175 East 2nd Street, Ste 685, Tulsa, OK 74103, via the United States Postal Service, with first-class prepaid postage, on the 30th day of May, 2024.

_[signature] Greene_
Signature

1

