IN THE FEDERAL NORTHERN DISTRICT
FOR OKLAHOMA.

Jimmy Glenn Hendrix,
plaintiff,

v.

City of Tulsa, chief of police, and County, city attorney's, STATE OF OKLAHOMA Courts.
Defendant's.

FILED
JUN 0 5 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Case No. CV-00490-SH
(Muscogee Nation v. City of Tulsa, mayor, chief of police, D.A. and Attorney's)

MOTION TO Intervene As plaintiff in Complaint Filed by Muscogee (Creek) Nation and Justice Department Against Tulsa For Unlawfully Assertion of Jurisdiction over plaintiff, A TRIBAL member of THE Muscogee (Creek) Nation, with Liberty Interest in the Complaint..

Comes Now, plaintiff, pro-se and IN FORMA Pauperis, Jimmy Glenn Hendrix, A TRIBAL member of The Muscogee (Creek) Nation, Currently held at the JCCC, DOC, Moves the Honorable Federal District Court FOR THE NORTHERN DISTRICT of OKLAHOMA, TO INTERVENE IN Complaint Filed against Tulsa, By the Muscogee (Creek) Nation, and the Department of Justice Division, Plaintiff As a member

1

OF THE Muscogee (Creek) Nation, and convicted and Sentenced in Tulsa, has a Liberty, and Common Interest As The DOJ and (Creek) Nation, TO WIT:

1.) Petitioner was Released from STATE custody in Apr, 2021, under McGirt, Indicted For the same Charges Tulsa Court's Vacated and dismissed under McGirt, In the Federal Northern District On Oct 17, 2021, Sentenced to 18 yrs to A FCI, After Completion the Tulsa Courts Reinstated the Vacated and dismissed Conviction and Sentence in CF-2008-1228, IN Tulsa County, Applied a new law through it's STATE Court Matloff V. Wallace, Four (4) months after Plaintiff's Release, when the Tulsa Courts Failed to Appeal plaintiff's Vacatur in Case No. 23-CV-0322-JFH-MTS. (N.D. Okla. July 27th 2023). Plaintiff Has a Interest in Complaint Filed by the DOJ and the Muscogee (Creek) Nation. Filed Nov 11, 2023 in this Federal District Court For Oklahoma.

2). Interest Plaintiff has is Liberty Interest, Tulsa and it's Court's, and Prosecution System Denied plaintiff Due Process, equal Protection, Even when Conceded upon his Dismissal Of Charges, the Court's (Did not and Do NOT) Have

2.

Authority or Jurisdiction over plaintiff when it vacated and dismissed his Sentence and Conviction's, See, CF-2008-1228, Under McGirt/Bosse 2021, Now withdrawn..

## Conclusion

Plaintiff Request to Intervene with A Liberty Interest involved in the Complaint Against Tulsa, and it's City, mayor, and D.A. who unlawfully Reconvicted plaintiff after Releasing Him. Plaintiff Request to File an additional Brief on His Complaint to Make A Claim and Prove and Show the Unlawfully Assertion of Jurisdiction By Tulsa Courts, It is So prayed...

Respectfully Submitted

*Jimmy Glenn Hendrix*
Jimmy Glenn Hendrix #275380
JCCC Unit-6-139
216 N. Murray St.
Helena, Okla. 73741

### Certification/mailing

I, Jimmy Glenn Hendrix, Certify that motion to Intervene is True and Correct under Law 12.O.S. 426 and I mailed it to The Federal Northern District Court at:

Court Clerk
333 West Fourth St. Rm 11
Tulsa, Okla. 74103.

Date 6-3-24
*Jimmy G. Hendrix*

3.

Jimmy Glenn Hendrix #275380
JCCC, Unit-6-N-139
216 N. Murray St.
Helena, OKlA. 73741

23-CV-490-JDR-SH

**RECEIVED**
JUN 0 5 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

OKLAHOMA CITY OK 730
3 JUN 2024 PM 4 L

postmark 6/3/24

ATTN:
Court Clerk
Federal Northern District Court - Oklahoma
333 West Fourth St, Rm. 11
Tulsa, OKlA. 74103

74103-383899