In the United States District Court for
the Northern District of Oklahoma

Muscogee (Creek) Nation,
     Plaintiff,

v.

City of Tulsa, et. al
     Defendants

Case # 23-CV-490-JDR-SH

FILED
JUN 17 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Motion to Intervene
### Pursuant to FRCP Rule 24

Comes now, Courtney Crenshaw, pro se, who moves this Honorable Court to intervene in the above-entitled matter, alleges and states:

1. Crenshaw is an enrolled member of the Muscogee (Creek) Nation who was convicted of crimes committed as a juvenile in Tulsa County District Court case # CF   , which alleges crimes committed within the boundaries of the Muscogee (Creek) Nation.

2. That Crenshaw has been cited for violations of City of Tulsa ordinances; paid fines connected to these violations.

3. That Crenshaw has an interest in the outcome of these

- 1 -

proceedings and seeks to intervene.

Wherefore, ~~Courtney~~ Courtney Crenshaw prays for an Order allowing him to intervene and such other and further relief as the Court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2024 at Helena, Oklahoma.

Courtney Crenshaw, agent all right reserved #371851
JCCC Unit 2
216 N. Murray Street
Helena, OK 73741
(572) 568-6000

Courtney Coushan #371851
J.C.C.C. Unit #2
216 N. Murray St.
Helena, OK 73741

JCCC
LEGAL MAIL

RECEIVED
JUN 17 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Northern District Court
Belcher Federal Bldg. & Courthouse
333 W. 4th Street, Rm. 411
Tulsa, Oklahoma 74103

OKLAHOMA CITY OK 730
14 JUN 2024 PM 4
US POSTAGE $000.64
ZIP 73741
0000387825 JUN 14 2024

74103-668199