

## In the United States District Court for
## The Northern District of Oklahoma

Muscogee (Creek) Nation,

        Plaintiff

vs.

Citiy of Tulsa, et al.,

        Defendants

Case # 23 - CV - 490 - JDR - SH

FILED
JUN 2 0 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

### Motion to Intervene
pursuant to Rule 24

Comes now **Darvin W. Gray**, pro se, who moves this Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of **Muscogee (Creek) Nation Roll # 37622**.

2. That your movant was convicted of a crime committed within the boundaries of **Muscogee (Creek) Nation Reservation** in the County District of **Muskogee Oklahoma** Case #CF **2011-951** after arrest by **Muskogee Police** officers.

3. That your movant has an interest in the outcome of these proceedings: **I am a member of a federally recognize tribe of Muscogee (creek) nation and the Outcome of this suit could and will have an impacte on my conviction.**

Wherefore your movant prays for an order allowing him to intervene in these proceedings and such further relief as may seem just.

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17 day of June, 2024 at Helena, Oklahoma.

DOC # 171710

JCCC unit 6
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, 500 S. Denver Ave, Rm 200 Tulsa, okla, 74103-3899; Muscogee (Creek) Nation Attorney General, P.O. Box 580 Okmulgee Oklahoma 74447

On this 17 day of June, 2024

_____
Signature

2

Aaron W. Gray 771710
JCCC Unit 6
216 W. Whitney St
Helena, Okla. 73741

**JCCC LEGAL MAIL**

RECEIVED
JUN 20 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

OKLAHOMA CITY OK 730
18 JUN 2024 PM 7
pashnet 6/18/19
JCC 460-ope-

Northern District Court Clerk
Belcher Federal Bldg & Courthouse
333 W. 4th Street, Rm 411
Tulsa, Oklahoma
74103

74103-388199

US POSTAGE PITNEY BOWES
ZIP 73741
02 4W
0000387825 $ 000.64
JUN 18 2024