In the United States District Court for
The Northern District of Oklahoma

Muscogee (Creek) Nation,

          Plaintiff

vs.

Citiy of Tulsa, et al.,

          Defendants

Case # 23 - CV - 490 - JDR - SH

**FILED**

JUN 2 0 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Motion to Intervene
pursuant to Rule 24

Comes now __Shawn McMinn__, pro se, who moves this Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of __The Cherokee Nation__.

2. That your movant was convicted of a crime committed within the boundaries of __The Cherokee Nation__ in the County District of __Muskogee__ Case #CF __2015-1251__ after arrest by __Oklahoma State__ officers.

3. That your movant has an interest in the outcome of these proceedings: __because a portion of Cherokee Nation lies in Tulsa and as an Indian I should know whose laws I'm subject to; will I be able to vote as a resident of Tulsa.__

Wherefore your movant prays for an order allowing him to intervene in these proceedings and such further relief as may seem just.

✓ Mail   __ No Cert Svc   __ No Orig Sign
__ C/J   __ C/MJ   __ C/Ret'd   __ No Env
__ No Cpys   ✓ No Env/Cpys   __ O/J   __ O/MJ

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this **17TH** day of June, 2024 at Helena, Oklahoma.

DOC # **502399**

JCCC unit **6**
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

## Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, **175 East 2nd St Tulsa OK**; Muscogee (Creek) Nation Attorney General, **P.O. Box 580 Okmulgee OK**

On this **17th** day of June, 2024

Signature



#502399 Unit 6 N.
Shawn McMinn
216 N. Murray St.
Helena, Ok. 73741

OKLAHOMA CITY OK 730
18 JUN 2024 PM 7 L
postmark 6/13/24

RECEIVED
JUN 20 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

4:23cv490-JDR-SH

Clerk of the Court
U.S. District Court for
the Northern District of Oklahoma
333 W. 4th Street, Rm 411
Tulsa, OK 74103

JCCC
LEGAL MAIL