In the United States District Court for the Northern District of Oklahoma

Muscogee (Creek) Nation,
Plaintiff,

v.

City of Tulsa, et al
Defendants

Case # 23-CV-490-JDR-SH

FILED
JUN 2 4 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Reply to Defendant's Response to Motion To Intervene of Jimmy Glenn Hendrix

Comes now, Jimmy Hendrix, pro se, in reply to Defendant's Response to Motion to Intervene, alleges and states:

1. That Hendrix does not seek to challenge his state conviction in Tulsa County District Court case #CF-2008-1228 through these proceedings.

2. Rather, Hendrix has an interest in how Tulsa will or has used the VOID conviction in paragraph #1 to keep him from voting in local election, employment through the City of Tulsa and any other negative use of the VOID conviction.

3. Additionally, as an enrolled member of the Muscogee (Creek) Nation (#16867), Hendrix has an interest in what rights, responsibilities and/or privileges the Tribe will have declared in these proceedings.

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

| Organization | Pro/Against | Type | Total Raised |
|---|---|---|---|
| Bloc PAC | Pro-Biden | SuperPAC | $1,227,969 |
| The Nine PAC | Pro-Biden | SuperPAC | $1,000,000 |
| Local Voices | Pro-Biden | SuperPAC | $667,839 |
| Educators for Ohio | Pro-Biden | SuperPAC | $646,081 |
| Democracy Preservation Initiative | Pro-Biden | SuperPAC | $507,125 |
| Women's March Win | Pro-Biden | SuperPAC | $468,437 |
| American Possibilities | Pro-Biden | Leadership PAC | $432,948 |
| E Pluribus PAC | Pro-Biden | SuperPAC | $417,373 |
| New American Voices | Pro-Biden | SuperPAC | $396,480 |
| The Future We Need | Pro-Biden | PAC | $384,422 |
| Vote Values | Pro-Biden | SuperPAC | $380,775 |
| Not Our Faith PAC | Pro-Biden | SuperPAC | $260,997 |
| Higher Heights Political Fund | Pro-Biden | SuperPAC | $252,389 |
| Blue Texas PAC | Pro-Biden | SuperPAC | $221,927 |
| Reclaim Our Party | Pro-Biden | SuperPAC | $181,060 |
| Pennsylvania Stands Up | Pro-Biden | Carey | $180,770 |
| Right Side PAC | Pro-Biden | SuperPAC | $153,459 |
| Faith Voters | Pro-Biden | PAC | $151,015 |
| Defenders PAC | Pro-BIDEN | SuperPAC | $136,000 |
| Defeat Disinfo PAC | Pro-Biden | SuperPAC | $91,539 |
| SWPA MOVING FORWARD | Pro-Biden | SuperPAC | $63,955 |
| The Last Draw | Pro-Biden | SuperPAC | $62,864 |
| Arizona Republicans Who Believe in Treating Others | Pro-Biden | SuperPAC | $62,620 |
| REMOVE THAT IDIOT | Pro-Biden | SuperPAC | $27,042 |
| Asian Americans Against Trumpism | Pro-Biden | SuperPAC | $26,299 |
| Win the West | Pro-BIDEN | SuperPAC | $23,602 |
| Decency Project PAC | Pro-Biden | PAC | $14,154 |
| Help One Vote PAC | Pro-Biden | SuperPAC | $13,888 |
| Committee for Common Sense Votes in Pennsylvania | Pro-Biden | SuperPAC | $7,464 |
| OUR CITY OUR FUTURE PAC | Pro-Biden | SuperPAC | $5,921 |
| Stand for Better | Pro-Biden | SuperPAC | $1,647 |

NOTE: All the numbers on this page are for the 2020 election cycle and based on Federal Election Commission data released electronically on **03/22/21**.

Feel free to distribute or cite this material, but please credit OpenSecrets. For permission to reprint for commercial uses, such as textbooks, contact OpenSecrets: info@opensecrets.org



# Certificate of Service

I, Jimmy Glenn Hendrix, hereby Certify that "Reply to the Defendant's Response to motion To Intervene of Jimmy Glenn Hendrix", is true and Correct under penalty and perjury of law. I Served by mailing through U.S Postal Service to the Party's and Court Listed below at:

Court Clerk, United States
Dist Court, Northern Dist
of Okla, 333 West Fourth St. Rm 411
Tulsa, Okla, 74103-3819

Todd Kim, Hillary Hoffman
Indian Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044.
Cody McBride. U.S. DOJ.

Geraldine Wisner
Attorney General
Muscogee (Creek) Nation
P.O. Box 580
Okmulgee, OK. 74447

City of Tulsa,
City of Tulsa's Attorney
Becky M. Johnson, OBA #18282
Senior Assistant City Attorney
Kristina Gray, OBA# 21685
Litigation Division Manager
City Hall, One Technology Center
175 East Second St, Suite 685
Tulsa, Okla, 74103

O. Joseph Williams Law Office, PLLC
The McCulloch Building
114 North Grand Ave, Suite 520
P.O Box 1131
Okmulgee, OK 74447

Phillip H. Tinker
Kanji and Katzen, PLLC
811 First Avenue, Suite 630
Seattle, WA 98104

Stephanie R. Rush
Kanji and Katzen, PLLC
P.O. Box 2579
Sapulpa, OK 74067

On Date: 6-17-24

/s/ Jimmy Glenn Hendrix
Jimmy Glenn Hendrix # 275360
James Crabtree Corrections Center
Unit 6, 109, 216 N. Murray St.
Helena, Okla. 73741

Jimmy Glenn Hendrix #275380
JCCC Unit-6-109
216 N. Murray ST.
Helena, OKLA. 73741

23-cv-490-JDR-CH

**JCC LEGAL MAIL**

postmark 6/20/24

OKLAHOMA CITY OK 731
20 JUN 2024 PM 7

US POSTAGE PITNEY BOWES
ZIP 73741
02 4W
0000387825 $000.64⁰ JUN 19 2024

RECEIVED
JUN 24 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Court Clerk, U.S. District Court
Northern District of Oklahoma
333 West Fourth ST. Rm 411
Tulsa, OKLA. 74103

74103-361911