

**In the United States District Court for**
**The Northern District of Oklahoma**

RECEIVED

JUN 2 4 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Muscogee (Creek) Nation,

           Plaintiff

vs.

Citiy of Tulsa, et al.,

           Defendants

Case # 23 - CV - 490 - JDR - SH

## Motion to Intervene
pursuant to Rule 24

Comes now ___John H. Tarepen___ , pro se, who moves this

Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of ___The cherokee nation / Roll # C0099899___

2. That your movant was convicted of a crime committed within the boundaries of ___Muskogee___
___creek nation___ in the County District of ___Muskogee___
Case #CF ___86-468___ after arrest by ___Muskogee county___ officers.

3. That your movant has an interest in the outcome of these proceedings: ___I am a member___
___of the cherokee nation, a federally recognized tribe and___
___the outcome of these proceedings could impact my convictions.___

Wherefore your movant prays for an order allowing him to intervene in these proceedings and

such further relief as may seem just.

✓ Mail     ___ No Cert Svc     ___ No Orig Sign

___ C/J     ___ C/MJ     ___ C/Ret'd     ___ No Env

___ No Cpys ✓ No Env/Cpys     ___ O/J     ___ O/MJ

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this __17th__ day of June, 2024 at Helena, Oklahoma.

DOC # __92981__

JCCC unit __5__
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

## Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, __500 S. Denver Ave. Room 200__ __Tulsa, Okla 74103_____; Muscogee (Creek) Nation Attorney General, __P.O Box 580 Okmulgee, Okla 74447__ On this __17th__ day of June, 2024

_____
Signature

2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Click or tap here to enter text.,

*Muskogee Creek Nation* Plaintiff,

vs.

Click or tap here to enter text.,

*City of Tulsa, et al* Defendant.

Case No.: Click or tap here to enter text.

*23-CV-490-JDR-SH*

### DISCLOSURE STATEMENT

**PARTY DEFINED:** With this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

*John H. Tarepen*

[enter name of party on the line above]

who is a (check one) ☐ PLAINTIFF   ☐ DEFENDANT   ☑ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS:**  1. Determine which part(s) of the form apply:
   • Part I is applicable in all cases and must be completed by all parties.
   • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
   2. Check the applicable box or boxes, and fully provide any required information.
   3. Attach separate pages as necessary to fully provide required information.

### PART I

☐   This party is an individual who is a citizen of the state of *Oklahoma*

☐   This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐   This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

   If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.   If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐   This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

   If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

   If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

   If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

   If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

   If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

   If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this 17th day of June, 20 24.

Signature: John Tareyen

Printed Name: John Tareyen

Bar Number: _____

Firm Name: _____

Address: _J.C.C.C. unit 5_

City, State, Zip Code: _216 N. Murray St_

_Helena Okla   73741_

Phone/Fax: _____

Email Address: _____

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _6-17-24_ (Date), I served the same document by

☑ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Court clerk of northern District
333 W/ 4th St. Rm. 111
Tulsa Okla
74103

Signature _John Casper_

3



John Tompsen #92281 (5-south)
J.C.C.C
216ᵗʰ Murray St.
Helena, Okla
73741

JCCC
LEGAL MAIL

OKLAHOMA CITY OK 730
18 JUN 2024 PM 7 L
postmark 6/18/24 ~ DC

74103-3884995

23-CV-490-JDR-SH
Tulsa County courthouse
court clerk
Tulsa City Attorney
500 S. Denver Ave. Rm 200
Tulsa, Okla.
73104-3899

**RECEIVED**

JUN 2 4 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## In the United States District Court for
## The Northern District of Oklahoma

Muscogee (Creek) Nation,

     Plaintiff

vs.

Citiy of Tulsa, et al.,

     Defendants

Case # 23 - CV - 490 - JDR - SH

## **Motion to Intervene**
pursuant to Rule 24

Comes now _Charles Humbyrd_____, pro se, who moves this

Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of ___Choctaw Nation_____.

2. That your movant was convicted of a crime committed within the boundaries of __Muskogee__ _(Creek) nation Reservation___ in the County District of __wagoner_____

Case #CF _2017-00127_____ after arrest by __Wagoner Police__ officers.

3. That your movant has an interest in the outcome of these proceedings: _I am a member_ _of a federally Recorvize tribe and the outcome of these proceeding will_ _have an impact on my conviction)._____

Wherefore your movant prays for an order allowing him to intervene in these proceedings and

such further relief as may seem just.

√ **Mail** \_\_\_**No Cert Svc** \_\_\_**No Orig Sign**

\_\_\_**C/J** \_\_\_**C/MJ** \_\_\_**C/Ret'd** \_\_\_**No Env**

\_\_\_**No Cpys** √ **No Env/Cpys** \_\_\_**O/J** \_\_\_**O/MJ**

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this ___17___ day of June, 2024 at Helena, Oklahoma.

DOC # _795569_

JCCC unit _6_
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

## Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, ___500 s Denver Ave Rm 300 Tulsa, okla 74103-3899___ ; Muscogee (Creek) Nation Attorney General, ___P.O. Box 580 okmulgee oklahoma 74447___

On this ___17___ day of June, 2024

_____
Signature

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Mhuskogee (creek) nation
Click or tap here to enter text.,

vs.

Plaintiff,

City of Tulsa, et al,
Click or tap here to enter text.,

Defendant.

Case No.: 23-cv-490-JDR-SH
Click or tap here to enter text.

## DISCLOSURE STATEMENT

**PARTY DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Charles Humbyrd

*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF  ☐ DEFENDANT  ☒ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply.
   • Part I is applicable in all cases and must be completed by all parties.
   • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

## PART I

☒ This party is an individual who is a citizen of the state of __Oklahoma__.

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.   If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐   This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐   This party is publicly held.

☐   This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐   This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐   Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐   Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

    If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐   This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐   This party is a trust.

    If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this ⟨17⟩ day of ⟨June⟩, 20⟨24⟩.

Signature: _____

Printed Name: ⟨Charles Humbyrd⟩

Bar Number: _____

Firm Name: _____

2

Disclosure Statement CV-24 (03/23)

Address: _JCCC Unit 6_
_216 N. murray st._

City, State, Zip Code: _Helena Okla 73741_

Phone/Fax: _572-568-6000_

Email Address: _____

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _6-17-24_ (Date), I served the same document by

☒ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service     ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_Clerk of Court of northern District_
_333 w 4th street Room 111_
_Tulsa Okla, 74103_

Signature

3

Humbyrd 745569
JCCC Unit 6N-171
216 Murray St.
Helena, Okla
73741

**JCCC**
**LEGAL MAIL**

23-cv-490-JDR-SH
Tulsa County court house court clerk

c/o Tulsa city attorney

500 S. Denver Ave. Rm 200

Tulsa, Oklahoma
74103-3591

OKLAHOMA CITY OK 730
18 JUN 2024   PM 7 L
POSTMARK  6/18/24

74103-3899050

## In the United States District Court for
## The Northern District of Oklahoma

RECEIVED

JUN 2 4 2024

Heidi D. Campbell, **Clerk**
U.S. DISTRICT **COURT**

Muscogee (Creek) Nation,

                    Plaintiff

vs.

Citiy of Tulsa, et al.,

                    Defendants

Case # 23 - CV - 490 - JDR - SH

---

### Motion to Intervene
pursuant to Rule 24

Comes now ___Darvin W. Gray___ , pro se, who moves this

Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of __Muscogee (Creek) Nation Roll # 37622__ .

2. That your movant was convicted of a crime committed within the boundaries of __Muscogee (Creek) Nation Reservation__ in the County District of __Muskogee Oklahoma__ Case #CF __2011-951__ after arrest by __Muskogee Police__ officers.

3. That your movant has an interest in the outcome of these proceedings: __I am a member of a federally recognize tribe of Muscogee (creek) nation) and the outcome of this suit could and will have an impact on My conviction.__

Wherefore your movant prays for an order allowing him to intervene in these proceedings and

such further relief as may seem just.

| ✓ Mail | ___ No Cert Svc | ___ No Orig Sign |
| ___ C/J | ___ C/MJ | ___ C/Ret'd | ___ No Env |
| ___ No Cpys | ✓ No Env/Cpys | ___ O/J | ___ O/MJ |

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this ⟪17⟫ day of June, 2024 at Helena, Oklahoma.

DOC # ⟪171710⟫

JCCC unit ⟪6⟫
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

## Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, ⟪500 S. Denver AVE, Rm 200 Tulsa, okla. 74103-⟫ ⟪3899⟫; Muscogee (Creek) Nation Attorney

General, ⟪P.O. Box 580 Okmulgee Oklahoma 74447⟫

On this ⟪17⟫ day of June, 2024

⟪Darwin W. Gray⟫
Signature

2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Muskogee (creek) nation
~~Click~~ or tap here to enter text.,

Plaintiff,

vs.

Case No.: 23-CV-490-JDR-SH
~~Click or tap here to enter text.~~

City of Tulsa et aly
Click or tap here to enter text.,

Defendant.

### DISCLOSURE STATEMENT

**"PARTY" DEFINED:**  Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Darvin W. Gray
*[enter name of party on the line above]*

who is a (check one) ☐ PLAINTIFF   ☐ DEFENDANT   ☒ OTHER: Intervenor

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable in all cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

### PART I

☒ This party is an individual who is a citizen of the state of Oklahoma .

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____ .

☐ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship.   If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐  This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐  This party is publicly held.

☐  This party has one or more parent entities.

 If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐  This party has one or more subsidiaries.

 If yes, identify all subsidiaries.

☐  Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

 If yes, identify all such owners.

☐  Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

 If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐  This party is a trade association.

 If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐  This party is a trust.

 If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this _17_ day of _June_, 20_24_.

Signature: _Darwin W. Gray_

Printed Name: _Darwin W. Gray_

Bar Number: _____

Firm Name: _____

2

Address: _JCCC  Unit 6_
City, State, Zip Code: _216 w murray st._
_Helena okla. 73741_
Phone/Fax: _572-568-6000_
Email Address: _____

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _6-17-24_____ (Date), I served the same document by

☑ U.S. Postal Service       ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):
Clerk of court of northern District
333 w 4th st. Room 111
Tulsa okla.
74103

Signature _Damion W Gray_

Disclosure Statement CV-24 (03/23)



Owen Guy 171710
JCCC unit 6
3160 n. Murray
Helena Okla. 73741

JCCC
LEGAL MAIL

23-cv-490-JDR-SH
Tulsa county court house court clerk
% Tulsa city attorney
500 S. Denver Ave. Rm 200
Tulsa Oklahoma
74103-3899

OKLAHOMA CITY OK 730
18 JUN 2024 PM 7
Postmark 6/18/24

US POSTAGE PITNEY BOWES
ZIP 73741  $ 000.64
02 4W
0000387825 JUN 18 2024

74103-384499

**DON NEWBERRY**
TULSA COUNTY COURT CLERK
500 S. DENVER AVENUE, SUITE 200
TULSA OK 74103

Form 5298 (Rev. 7-19)

MS

**RECEIVED**

JUN 2 4 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

U.S District Court Clerk
333 W. 4th # 411
Tulsa OK 74103

neopost
06/21/2024
**US POSTAGE** $002.11°
FIRST-CLASS MAIL

ZIP 74103
0411 12205338