**In the United States District Court for
The Northern District of Oklahoma**

Muscogee (Creek) Nation,

              Plaintiff

vs.

Citiy of Tulsa, et al.,

              Defendants

Case # 23 - CV - 490 - JDR - SH

FILED
SEP 19 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Motion to Intervene
pursuant to Rule 24

Comes now __RICHARD DAWSON__, pro se, who moves this Honorable Court to intervene in the above-entitled matter, alleges and states:

1. That your Movant is an enrolled member of __MUCOGEE CREEK TRIBE OF OKLAHOMA__.

2. That your movant was convicted of a crime committed within the boundaries of __MUSCOGEE CREEK NATION__ in the County District of __TULSA__ Case #CF-__2003-4540__ after arrest by __TULSA POLICE DEPARTM'T__ officers.

3. That your movant has an interest in the outcome of these proceedings: __LIBERTY INTEREST, FUNDAMENTAL RIGHTS INTEREST, DUE PROCESS OF LAW INTEREST, 6th, 8th and 14th U.S.C.A. INTERESTS, TRIBAL SOVEREIGNTY INTEREST__

Wherefore your movant prays for an order allowing him to intervene in these proceedings and such further relief as may seem just.

1

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 14th, day of June, 2024 at Helena, Oklahoma.

DOC # 115866

JCCC unit 2-43
216 n. Murray St.
Helena, Ok 73741
(572) 568 – 6000

### Certificate of Mailing

I certify that I mailed a true and correct copy of the foregoing to Tulsa City Attorney, _____; Muscogee (Creek) Nation Attorney General, _____

On this _____ day of June, 2024

_Richard Dawson_
Signature

# FACTS OF THE CASE
## AND
## * CONCLUSORY NARRATIVE *

RICHARD DAWSON
CS # CF-2003-4540

TULSA COUNTY, OK
DISTRICT COURT

A. The Facts of the case are NOT properly consistant with honest police work; they are NOT CONSISTANT with prosecutorial integrity by the DISTRICT ATTORNEYS OFFICE; the PUBLIC DEFENDER and **TRIER OF FACT** (the JUDGE) should have done a better JOB of UPHOLDING **MR. DAWSONS** RIGHTS to A FAIR TRIAL as well as his 6th and 14th U.S.C.A. CONSTITUTIONAL RIGHTS and his FUNDAMENTAL RIGHTS according to the **OKLAHOMA CONSTITUTION**; A FLAGRANT instance of the UN-CONSTITUTIONAL CONDITIONS DOCTRINE is sadly on display concerning this INSTANT CASE.

B. "THE MANIFEST WEIGHT OF THE EVIDENCE STANDARD" was nowhere near the PRO-RATA level neccessary to indicate Guilt or Culpability; improper evidence FABRICATION By the TULSA POLICE Detectives coupled with failure to move for evidence SUPPRESSION by Public defender only fueled the **ILLEGAL CONVICTION** machine that certain COURTS IN OK. Represent. AS CITED: Kolar vs. Sangamon County, State of ILL. (7th cir. 1985) SEE: OREGON vs. KENNEDY (U.S. 1982)   State vs. Mosley (OKLA. CR. 2011)

C. Snell vs. Tunnell (10th cir. 1990)   AUSTIN vs. U.S. (SCOTUS, 1993)

Deprivation of MR. DAWSONS RIGHT TO **FUNDAMENTAL FAIRNESS** coupled with multiple HARMFUL ERRORS and CLEAR ERRORS led to the WRONGFUL CONVICTION/excessive sentence we are burdened by today;
O.S.T, 22 § 660 / O.S.T, 22 § 952 / OK ST RPC Rule 3.8-8.4
OK. CONST. ART: 2 § 7 § 6 / ART. 2 § 20      O.S.T, 22 § 1193-§ 1181
WELLS vs. BROWN (6th cir. 1989)      MONROE vs. PAPE (SCOUS, 1961)
Considering the totality of the Circumstances, the "ATTORNEYS IN ASSISTANCE", Civil RIGHTS GROUPS as well as the LEGALY TRAINED PERSON preparing these documents all Represent that MR. DAWSON is indeed a VICTIM of UN-CONSTITUTIONAL, EXCESSIVE MECHANICAL APPLICATION OF THE LAW;

(2) B.   /s/ Richard Dawson         /s/ Tracy Wilson

# FACTS OF THE CASE
## and
## * CONCLUSORY NARRATIVE *

RICHARD DAWSON
CS. # CF-2003-4540

TULSA COUNTY
DISTRICT COURT

As evidenced by the Relevant Police Reports of (TPD), the TULSA COUNTY D.A.'s Reports and DISCOVERY FILE, the COURT REPORTERS transcripts (COURT MINUTES), witness statements (or lack thereof), Defendants exculpatory statements as well as the "TOTALITY OF THE CIRCUMSTANCES" indicate that A VERY REAL MANIFEST INJUSTICE has been Rendered in Regard to the HIGHLY QUESTIONABLE, ERRONEOUS illegal, UN-CONSTITUTIONAL Conviction + EXCESSIVE INCARCERATION of this DEFENDANT/PLAINTIFF;

Richard Dawson has suffered, Languished, endured and AGONIZED IN OKLAHOMA'S WORST PRISONS FOR OVER 21 years FOR a Crime he did NOT COMMIT, NOR did the TULSA DISTRICT COURT have any way to prove he Committed; it should also be demonstrated that MR. DAWSON is a enrolled member of MUSCOGEE CREEK TRIBE. The very INVIDIOUS OUTRAGEOUS GOVERNMENT MISCONDUCT ORGANIZED IN A monopolistic, illegal fashion by the TULSA POLICE DEPT. was Rife with EXTRAORDINARY instances of POLICE MISCONDUCT, ORGANIZED OFFICIAL OPPRESSION and FLAGRANT VIOLATIONS OF MR. DAWSON'S 5th, 6th, 14th and 8th amendment Rights of the U.S. CONSTITUTION;

AS EMPHASIZED: BIVENS vs. Six Unknown Agents of Federal Bureau of Narcotics (SCOUS, 1971)
Reed vs. State (OK. CR. 1979)
Owen vs. City of Independence MO, (SCOUS, 1980)
BUCKLEY vs. FITZSIMMONS        JOHNSON vs. State (OK. CR. 1977)
TITLE 18: U.S. CRIMINAL CODES § 241-242

"POLICE MISCONDUCT" combined with RACIALY DISPARAGING PROCEDURAL MALPRACTICE, PROSECUTORIAL MISCONDUCT compounded by extraordinary Racial/demographic MALICE have CONVICTED and INCARCERATED a ACTUAL INNOCENT MAN in a UN-JUST, UN-FAIR, technicaley imprecise manner as well as a EXCESSIVE SENTENCE that does TRULY SHOCK THE CONSCIENCE;

(2) A.

Richard Dawson
DOC# 1158646
JCCC
216 N. Murray St.
Helena, OK 73741

JCCC
LEGAL MAIL

To: Northern District Court Clerk
Belcher Federal Bldg. and Courthouse
333 W. 4th Street, Rm. 411
Tulsa, Oklahoma 74103

RECEIVED
SEP 19 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

postmark 9/17/04

US POSTAGE
ZIP 73741
$ 001.77
SEP 17 2024