

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
OCT 07 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

RICHARD DAWSON, ~~Click or tap here to enter text.,~~

Plaintiff,

vs.

Case No.: ~~Click or tap here to enter text.~~
4:23-CV-00490-JDR-SH

~~Click or tap here to enter text.,~~
CITY OF TULSA eT, al;

Defendant.

## DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

**RICHARD DAWSON**
*[enter name of party on the line above]*

who is a (check one)  ☒ PLAINTIFF   ☐ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable in all cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

### PART I

☒ This party is an individual who is a citizen of the state of **OKLAHOMA (M.C.N.)**.

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

> If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is a trust.

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ___ No Env/Cpys   ___ O/J   ___ O/MJ

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

    If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

    If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

DATED this 30th day of SEPT, 2024.

Signature: *Richard Dawson*
Printed Name: RICHARD DAWSON #115866
Bar Number: PRO-SE at Law
Firm Name:

Address: J.C.C.C. UNIT 2   216 N. MURRAY ST,
City, State, Zip Code: HELENA, OK. 73741
Phone/Fax: _____
Email Address: _____

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on  9-2-24  (Date), I served the same document by
☒ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

(1.) CLERK, U.S. DIST. COURT
N.D. OF OKLAHOMA
333 WEST FOURTH STREET, RM. 411
TULSA, OK. 74103

(2.) CITY OF TULSA et. al.,
(TULSA POLICE DEPT,)
175 E. 2nd ST., Suite 685
TULSA, OK. 74103
% LEGAL DEPARTMENT

_Richard Dunlap_
Signature

Richard Dawson #115866
216 Murray St
Helena, OK 73741

**JCCC LEGAL MAIL**

OKLAHOMA CITY OK 730
5 OCT 2024 PM 4 L

postmark 10/5/24

RECEIVED
OCT 07 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

23cv 490-JDR-SH

Clerk United States District Court
Northern District of Oklahoma
333 West Fourth Street, Room 411
Tulsa, Oklahoma 74103-3819

74103-381911