IN THE United STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Jimmy Glenn Hendrix,
Federally recognized
member of Muscogee
(Creek) Nation, Roll #16867
    Plaintiff,

V.

City of Tulsa; G.T. Bynum,
in his official capacity as
Mayor of City of Tulsa;
Dennis Larsen, in his
official capacity as Chief
of Police, TPD; Jack Blair
in his official Capacity
as City Attorney For
city of Tulsa,

    Defendant(s)

Case no. 23-cv-00490-JDR-SH.

**FILED**
DEC 09 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

" Plaintiff's motion the Court to Intervene
Based on STANDING of the TRAFFIC and
misdemeanor convictions, and outcome affecting
Jurisdiction under TREATY's with Creeks 1832"

✓ Mail  ___ No Cert Svc  ___ No Orig Sign
___ C/J  ___ C/MJ  ___ C/Ret'd  ___ No Env
___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/MJ

1

## History

Plaintiff Filed a motion to Intervene in this case on, June 30th, '24, and the Defendant's Responded on, Aug 21, 2024. That motion to Intervene should be denied due to plaintiff not having an Interest in the proceedings or outcome of this case. No order or Ruling on the motion to Intervene has been made to date.

Plaintiff motion's the Court to Intervene Because Plaintiff Has Standing For

(1.) The City of Tulsa, Defendants, ~~arrested~~, prosecuted and Convicted Plaintiff in CM-2007-123, CM-1998-, CM-2000, For Traffic Citations and Criminal misdemeanors convicting him without Jurisdiction, when the Alledged Violations occurred within the Boundaries of the Muscogee Creek Nation under 1832 7 STAT 366, art 14, and 1866 14 STAT 782, Treaty with the Muscogee (Creek(s)) Nation. and the Supreme Court in McGirt V. Oklahoma, 142, S. CT. 1371, Ruled the city, State of Oklahoma, were without Jurisdiction at the time of the alledged offenses. Plaintiff has an Interest in the proceedings and outcome that pertain to the defendents Jurisdiction over these offenses, citations then and in the Future.

2.

(2:) Plaintiff Has standing and an inherent Right As a Federally recognized TRIBAL Muskoke Creek Nation member, See Roll # 16867, (1981) enrollment, to Intervene.

(3:) Plaintiff Has an Interest and standing Based on those Traffic and misdemeanor citations, and Convictions, Were Plaintiff received prejudice in the Federal Court, when He was Sentenced on Oct 17, 2021, and the Traffic and misdemeanors caused Him denial of Relief in time Served in the Federal Sentences and charges after the Tulsa County Court Judge Tracy Priddy Vacated and dismissed plaintiff(s) Convictions, that He has already Served. The Prejudice was Were plaintiff recieved a Sentence out of Tulsa by the defendant(s) convictions in these cases denied him release in the Federal Courts due to the Traffic citation and misdemeanors, When the defendants lacked Subject matter Jurisdiction, cause these offense occurred in the Boundaries of THE Muscogee Creek Nation.

Plaintiff Has standing in this case due to the offenses occurring in the Reservation, and defendants lack of Subject matter Jurisdiction and the outcome of the proceedings, Plaintiff Request Court to Intervene, Respectfully Submitted.

/S/ Jimmy Hendrix 275380

Jimmy Hendrix
216 N. Murray ST.
Helena, OK, 73741

3.

## Certificate of Service

I certify that on Dec 4, 2024, this Document was Served on all parties or their Counsel of Record through the CM/ECF System if they are registered users or, if they are not, By placing a true and correct copy in the U.S. mail, postage prepaid, to their address of Record.

/S/ Jimmy Glenn Hendrix #275380
JCCC 6-N-110
216 N. Murray St.
Helena, OKla. 73741

4.

Jimmy Hendrix #275380 Bed 110
JCCC 6-N-110
216 N. Murray St.
Helena, Okla. 73741

**Legal Mail**

RECEIVED
DEC 09 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

OKLAHOMA CITY OK 730
5 DEC 2024 PM 7

postmark 12/5/04

23cv490 - JDR-JH

Court Clerk, Mark McCarty
U.S. Dist. Court Northern
District for Oklahoma
333 West Fourth St., Rm 411
Tulsa, Okla. 74103

ZIP 73741
02 4W
0000387825
US POSTAGE by PITNEY BOWES
$000.69
DEC 05 2024

74103-388199