IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe,  Plaintiff, vs. CITY OF TULSA; G.T. BYNUM, in his official capacity as Mayor of City of Tulsa; WENDELL FRANKLIN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa,  Defendants. | Case No. 23-CV-490-JDR-SH |

## ORDER GRANTING JOINT MOTION TO STAY [DOC. NO. 117]

Before the Court is the Parties' Joint Motion To Stay. [Doc. No. 117]. The Court finds that good cause exists for entering a stay of the case. Accordingly, the motion is **GRANTED**. The case remains stayed until January 17, 2025.

**IT IS SO ORDERED** this 16th day of December, 2024.

_____
John D. Russell
United States District Judge