IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe, </br></br> Plaintiff, </br></br> vs. </br></br> CITY OF TULSA; G.T. BYNUM, in his official capacity as Mayor of City of Tulsa; WENDELL FRANKLIN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa, </br></br> Defendants. | Case No. 23-CV-490-JDR-SH |

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

**COMES NOW** the Plaintiff and Defendants and jointly request that this Court enter an Order extending the stay issued in this case on December 17, 2024 for an additional 60 days to allow the parties time to continue participation in settlement discussions. In support of the motion, the parties represent that:

1. This case was filed in November 2023 by the Muscogee (Creek) Nation requesting injunctive and declaratory relief regarding the City's exercise of criminal jurisdiction over Indians within the Nation's Reservation in light of *McGirt v. Oklahoma*, 591 U.S. 894 (2020). Dkt. 002.

2. The Plaintiff has filed a Motion For Preliminary Injunction which is presently pending before this Court. Dkt. 009. The Defendants have filed a motion to dismiss which is also pending. Dkt. 028.

3. The parties have recently engaged in active settlement discussions in an effort to resolve this matter by agreement between the parties, and such discussions are ongoing.

4. On or about December 16, 2024, the parties filed a Joint Motion to Stay the case (Dkt. 117), and the Court entered an order staying the case until January 17, 2025. (Dkt. 118)

5. In order to allow time for continued settlement discussions, the parties jointly request this Court enter an Order extending the stay of this matter for an additional 60 days.

6. A proposed Order has been submitted in compliance with local rules.

**WHEREFORE**, for the reasons set forth herein, the parties jointly request this Court enter an Order extending the stay of this action for an additional 60 days.

Respectfully Submitted,

For the Plaintiff:

_s/Philip Tinker (signed with permission)
Philip H. Tinker
Kanji & Katzen, PLLC
811 lst Avenue, Suite 630
Seattle, WA 98104
ptinker@kanjikatzen.com

and

Geraldine Wisner
Attorney General
Muscogee (Creek) Nation
P.O. Box 580
Okmulgee, OK 74447
gwisner@mcnag.com

O. Joseph Williams
O. Joseph Williams Law Office, PLLC
The McCulloch Building
114 North Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, OK 74447
jwilliams@williamslaw-pllc.com

Riyaz A. Kanji
David A. Giampetroni
Kanji & Katzen, PLLC

P.O. Box 3971
Ann Arbor, MI 48106
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Stephanie R. Rush
Kanji & Katzen, PLLC
P.O. Box 2579
Sapulpa, OK 74067
vrush@kanjikatzen.com

For the Defendants:

 /s/Kristina L. Gray
Kristina L. Gray, OBA #21685
Litigation Division Manager
Becky M. Johnson, OBA #18282
Senior Assistant City Attorney
City of Tulsa City Attorney's Office
City Hall, One Technology Center
175 East Second Street, Suite 685
Tulsa, Oklahoma  74103
(918) 596-7717 Telephone
(918) 596-9700  Facsimile

## CERTIFICATE OF MAILING

I, Kristina L. Gray, hereby certify that on the 15 day of  January, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Riyaz A. Kanji
David A. Giampetroni
Kanji & Katzen, PLLC
P.O. Box 3971
Ann Arbor, MI 48106
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

and

Geraldine Wisner
Attorney General
Muscogee (Creek) Nation

P.O. Box 580
Okmulgee, OK 74447
gwisner@mcnag.com

O. Joseph Williams
O. Joseph Williams Law Office, PLLC
The McCulloch Building
114 North Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, OK 74447
jwilliams@williamslaw-pllc.com

Philip H. Tinker
Kanji & Katzen, PLLC
811 lst Avenue, Suite 630
Seattle, WA 98104
ptinker@kanjikatzen.com

Stephanie R. Rush
Kanji & Katzen, PLLC
P.O. Box 2579
Sapulpa, OK 74067
vrush@kanjikatzen.com

    /s/Kristina L. Gray
    Kristina L. Gray