## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TULSA; G.T. BYNUM, in his official capacity as Mayor of City of Tulsa; WENDELL FRANKLIN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa, <br><br> Defendants. | Case No. 23-CV-490-JDR-SH |

### ORDER GRANTING JOINT MOTION TO EXTEND STAY [DOC. NO. 119]

Before the Court is the Parties' Joint Motion To Extend Stay. [Doc. No. 119]. The Court finds that good cause exists for extending the stay entered in the case on December 16, 2024. Accordingly, the motion is **GRANTED**. The case remains stayed until March 18, 2025.

**IT IS SO ORDERED** this 15th day of January, 2025.

_____
John D. Russell
United States District Judge