FILED

APR 16 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE United STATES Federal District Court
FOR THE  District OF OKLAHOMA.

Jimmy Glenn Hendrix
Member of a Federally
recognized TRIBAL Nation
Plaintiff

Case NO. 23-CV-000490-SH

V.

City of Tulsa
It's municiple
courts
Respondent.

" MOTION Requesting to Intervene Be Granted, under FRCP Rule 24, Plaintiff's STANDING OF claim and Interest cannot Be Adequately represented by any party in Case, Requesting Declaratory and or Injunctive Relief IN FORM OF Punitive, monteary Damages were Respondent lacked Congressional P.L. 280, subject matter Jurisdiction by prosecuting plaintiff in violation of Federal TREATY's, law's and U.S. Constitution Supremacy clause "

Comes Now, Plaintiff, Jimmy Hendrix, Pro-se in the above numbered case and cause. motion's this United States Federal District Court to Intervene Be

1.

Granted. Plaintiff Filed For a motion to Intervene As Inherent Right as a member of a Federally Recognized Tribal, Muscogee Creek Nation, Roll # 16867, to intervene in the proceedings. To Date 4-12-25, that motion Has not Been granted.

Plaintiff Request Intervention Be granted and Brings motion to Intervene, timely in Good Faith, and ask For Declaratory relief or any money damages Court deems proper were the Court or Respondent lacked Congressional. Public law 280, subject matter Jurisdiction, see, McGirt v. Oklahoma, 142. S. Ct. 1131, July 9th 2020, To prosecute Plaintiff, and apply Matloff v. Wallace, OK. CR. 2021 to Plaintiff without Jurisdiction and Congressional authorization were STATE Laws are Preempted Here under TREATY's 1832, 1866 and through the U.S. Supremacy clause (Art IV) sec. 3. Applying these laws violate the Constitution therefore, unconstitutional.

tHE mere potential For Impairment or Impairment that is contingent on a litigation's outcome (e.g. as Herein these proceedings were plaintiff, MCN, Has the Same Interest) is Sufficient to meet minimal burden Presented by Interest

2

requirement for Intervention as of A Right. Fed.R.Civ.P. 24(a)(2). See. <u>Oklahoma v. U.S. Dept of Interior; 969 F.Supp.1155, (W.D.Okla Nov 1, 2021)</u>

Plaintiff is a Sovereign member of a Federally Recognized Tribal Nation, <u>Roll # 16867</u>, that the Tribe or Nation has the same Interest that 1) Respondent violates Federal Laws, treatie's, Congressional laws By prosecuting or prosecuted it's Tribal member's, <u>"I am that member, or (Interest) However, the tribe cannot adequately represent my interest to the effect, I seek only to recover monetary damages for my loss of liberty By prosecuting me";</u> Because <u>I don't and cannot</u> challenge my State court conviction and sentence Here, only that I was denied due process in those Judgments By Respondent's lack of Subject matter Jurisdiction. See. McGirt THEREFORE, No Party has my Interest and I Request to Be granted to Intervene Under Rule 24 FRCP. as an Inherent Right As a member or Interest, I am seeking monetary, Damages For loss of liberty, mental anguish, loss of Family members

3.

Due to Respondent's illegal prosecution of me, I am seeking All the Amount the Court will Allow me to recieve For this and other losses, I'll ASK FOR 1 Billion Dollars #

Plaintiff therefore motion's this Honorable Federal District Court under FRCP under Rule 24, to Intervene Be granted, were Plaintiff Has an Interest that cannot Be adequately represented By any Party, and Seeks Damages For loss of liberty without due process and Jurisdiction, IT is so prayed.

4-12-25
Date.

/S/ Jimmy Hendrix
Jimmy Hendrix #275380
JCCC Helena, OKLA.

Certificate of Service/mailing

I, Jimmy Hendrix, certify that motion to Intervene, is true and Correct under penalty and perjury of law. TIT. 12 §426. I Mailed it the U.S. Dist Court at: 333 West Fourth ST., Tulsa, OKLA  RM 411  74103

on date of 4-12-25 and to All Party's on GMCF mailing.

/S/ Jimmy Hendrix
Name- Jimmy Hendrix 275380
JCCC 216 N Murray ST.
Helena, OKLA 73741

Dear Court Clerk

I have enclosed two motion's to Intervene on (2) two different case's could you please file them.

Sincerely,
Jimmy Hendrix

Jimmy Hendrix
275380
216 N. Murray St
Helena, Okla.
73741



