UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF TULSA; MONROE NICHOLS IV, in his official capacity as Mayor of City of Tulsa; DENNIS LARSEN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 23-CV-490-JDR-CDL |

**ORDER GRANTING THIRD JOINT MOTION TO EXTEND STAY**
**[DKT. 142 ]**

Before the Court is the Parties' Third Joint Motion To Extend Stay. [Dkt. 142]. The Court finds that good cause exists for extending the stay entered in the case on December 16, 2024.

Accordingly, the motion is **GRANTED**. The case remains stayed until June 18, 2025.

**IT IS SO ORDERED** this 15 day of May, 2025.

_____
John D. Russell
United States District Judge