# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF TULSA; MONROE NICHOLS, IV, in his official capacity as Mayor of City of Tulsa; DENNIS LARSEN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa,<br><br>*Defendants*. | Case No. 23-cv-490-JDR-CDL |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Muscogee (Creek) Nation and Defendant City of Tulsa, by and through their undersigned counsel, hereby stipulate to the dismissal without prejudice of this action.

Pursuant to the Court's Order of February 20, 2026, the Parties understand and intend that the Court will retain jurisdiction to enforce the Parties' Joint Settlement Agreement according to the terms of its dispute resolution provision, Dkt. 149-1 ¶¶ 17–18. *See* Order at 2 ("A court may retain jurisdiction over a settlement agreement 'if the order of dismissal shows an intent to retain jurisdiction or incorporates the terms of the settlement agreement.'" (quoting *Morris v. City of Hobart*, 39 F.3d 1105, 1110 (10th Cir. 1994))); *id*. at 2-3 ("the Court will retain jurisdiction over the parties' settlement agreement unless the parties state otherwise in their notice of dismissal.").

| | |
|---|---|
| Dated: March 4, 2026 | Respectfully submitted,<br><br>/s/ Riyaz A. Kanji<br>Riyaz A. Kanji<br>David A. Giampetroni<br>Joshua C. Handelsman<br>KANJI & KATZEN, P.L.L.C.<br>P.O. Box 3971<br>Ann Arbor, MI 48106<br>(734) 769-5400<br>rkanji@kanjikatzen.com<br>dgiampetroni@kanjikatzen.com<br>jhandelsman@kanjikatzen.com |
| Geraldine Wisner, OBA No. 20128<br>Deputy Attorney General<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>(918) 295-9720<br>gwisner@mcnag.com | |
| O. Joseph Williams, OBA No. 19256<br>O. JOSEPH WILLIAMS LAW OFFICE, PLLC<br>The McCulloch Building<br>114 N. Grand Avenue, Suite 520<br>P.O. Box 1131<br>Okmulgee, OK 74447<br>(918) 752-0020<br>jwilliams@williamslaw-pllc.com | Philip H. Tinker, OBA No. 36498<br>KANJI & KATZEN, P.L.L.C.<br>12 N. Cheyenne Ave., Ste. 220<br>Tulsa, OK 74103<br>(206) 344-8100<br>ptinker@kanjikatzen.com<br><br>*Counsel for Plaintiff*<br><br>**-AND-**<br><br>/s/ Jack C. Blair<br>Jack C. Blair, OBA No. 16988<br>City Attorney<br>Kristina L. Gray, OBA No. 21685<br>Litigation Division Manager<br>Becky M. Johnson, OBA No. 18282<br>Senior Assistant City Attorney<br>City Hall, One Technology Center<br>175 East Second Street, Suite 685<br>Tulsa, OK 74103<br>(918) 596-7717 Telephone<br>(918) 595-9700 Facsimile<br><br>*Counsel for Defendants* |