# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian Tribe, *Plaintiff*, v. CITY OF TULSA; MONROE NICHOLS, IV, in his official capacity as Mayor of City of Tulsa; DENNIS LARSEN, in his official capacity as Chief of Police, Tulsa Police Department; and JACK BLAIR, in his official capacity as City Attorney for City of Tulsa, *Defendants*. | Case No. 23-cv-490-JDR-CDL |

**PLAINTIFF MUSCOGEE (CREEK) NATION AND DEFENDANTS' **
**JOINT RESPONSE TO MINUTE ORDER (DKT. 162)**

Pursuant to this Court's Order of March 4, 2026, Dkt. 162, the Nation and Defendants City of Tulsa, Monroe Nichols IV, Dennis Larsen, and Jack Blair jointly state that no pending motions remain for the Court's consideration. With the Stipulation of Dismissal (Dkt. 161), the Parties' pending motions (Dkt. 9, 28, 114) are now moot. Moreover, the dismissal of this action renders Non-Party Kevin J. Stitt's filing moot. Dkt. 127. Finally, the United States has moved to withdraw its Motion to Intervene indicating that it did not object to the Proposed Settlement Agreement, and this Motion is similarly moot. Dkt. 39, 151.

On March 4, 2026, the Nation and the City of Tulsa and its official capacity Defendants filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 161. Pursuant to that Rule, a "plaintiff may dismiss an action without a court order by filing … a

stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(a). The Tenth Circuit has clearly and consistently held that "[o]nce the stipulation is filed, the action on the merits is at an end," *De Leon v. Marcos*, 659 F.3d 1276, 1284 (10th Cir. 2011) (quoting *Smith v. Phillips*, 881 F.2d 902, 904 (10th Cir. 1989)). *See also Smith*, 881 F.2d at 904 ("A voluntary dismissal by stipulation under Rule 41(a)(1)[A](ii) is of right, cannot be conditioned by the court, and does not call for the exercise of any discretion on the part of the court.").

Thus, the live case or controversy between the Parties that had been pending before the Court has been terminated by stipulation of the Parties. While a justiciable Article III case or controversy may in the future arise between the Parties under the Settlement Agreement—over which this Court will have jurisdiction, *see* Dkt. 159 at 3 ("The Court will retain jurisdiction over the parties' settlement agreement")—no such case or controversy presently exists. As such, no jurisdiction exists for the Court to adjudicate any previously pending motions, including those filed by the Nation, Dkts. 09, 114, the City, Dkt. 28, or any putative party, Dkts. 39, 127. *See, e.g., Inola Drug, Inc. v. Express Scripts, Inc.*, No. 06-CV-117-GKF-TLW, 2009 WL 3105061, at *2 (N.D. Okla. Sept. 22, 2009) (stating that "[t]his court's jurisdiction … is limited to cases and controversies, and no such case or controversy has existed before this court since" the parties' stipulation of dismissal under Rule 41(a)(1)(A)(ii) took effect, and that accordingly, a pending motion "must be denied, as this court no longer has jurisdiction over the case.").

Dated: March 5, 2026

Geraldine Wisner, OBA No. 20128
Deputy Attorney General
MUSCOGEE (CREEK) NATION
P.O. Box 580
Okmulgee, OK 74447
(918) 295-9720
gwisner@mcnag.com

O. Joseph Williams, OBA No. 19256
O. JOSEPH WILLIAMS LAW OFFICE, PLLC
The McCulloch Building
114 N. Grand Avenue, Suite 520
P.O. Box 1131
Okmulgee, OK 74447
(918) 752-0020
jwilliams@williamslaw-pllc.com

Respectfully submitted,

/s/ Riyaz A. Kanji
Riyaz A. Kanji
David A. Giampetroni
Joshua C. Handelsman
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com
jhandelsman@kanjikatzen.com

Philip H. Tinker, OBA No. 36498
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

*Counsel for Plaintiff*

**-AND-**

/s/ Jack C. Blair
Jack C. Blair, OBA No. 16988
City Attorney
Kristina L. Gray, OBA No. 21685
Litigation Division Manager
Becky M. Johnson, OBA No. 18282
Senior Assistant City Attorney
Hayes T. Martin, OBA No. 32059
Criminal Division Manager
City Hall, One Technology Center
175 East Second Street, Suite 685
Tulsa, OK 74103
(918) 596-7717 Telephone
(918) 595-9700 Facsimile

*Counsel for Defendants*