UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Muscogee (Creek) Nation,<br><br>Plaintiff,<br><br>vs.<br><br>City of Tulsa, et al,<br><br>Defendants. | Case No.: 23-cv-490-JDR-CDL<br>Date: 3/6/2026<br>Time: 9:00 a.m. – 9:43 a.m.<br><br>**MINUTE SHEET – STATUS CONFERENCE** |

| | | |
|---|---|---|
| John D. Russell, U.S. District Judge | C. Butler, Deputy Clerk | Cheryl Rylant, Reporter CR1 |

| | |
|---|---|
| Counsel Present: | **Geri Wisner** for Muscogee (Creek) Nation, **Philip Tinker** for Muscogee (Creek) Nation, **Cody McBride** for United States, **Hayes Martin** for City of Tulsa, **Audrey Weaver** for Governor Stitt/State of Oklahoma |

**MINUTES:**

Case called for status conference. The Court has reviewed the filings of the parties pursuant to the Court's minute order regarding the status of the pending motions. The parties confirmed that the settlement agreement attached to the Motion to Approve the Parties' Joint Settlement Agreement is the "live" settlement agreement between the parties.

The Court asked questions of counsel regarding the status of settlement and motions to intervene.

Governor Stitt's motion to intervene, Dkt. 127, was denied on the record. The Court will issue a written Opinion and Order regarding that decision forthwith. Based upon the Court's announcement of that decision, the parties confirmed that the pending motions at Dkt. Nos. 9, 28, 39, and 114 are now moot, and the Court found those motions moot.